Raymond R. BROWN, Respondent,

v.

Carolyn Marie BROWN, Appellant.

Raymond R. BROWN, Respondent,

v.

Carolyn Marie BROWN, Appellant.

Nos. WD 50607, WD 51072.

Missouri Court of Appeals,
Western District.

Jan. 16, 1996.

Sherry Danita DeJanes, Kansas City, for appellant.

Lawrence E. Tittle, Independence, for respondent.

Before FENNER, C.J., P.J., and
BRECKENRIDGE and SMITH, JJ.

### ORDER

PER CURIAM.

Appeal from decree of dissolution.

Judgment affirmed. Rule 84.16(b).